**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 12-CV-00238-MSK**

**DEBRA A. HART,**

**Plaintiff,**

**vs.**

**DILLON COMPANIES, INC.,**
**a Kansas Corporation, d/b/a CITY MARKET,**

**Defendant.**

---

**ORDER RE: JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER [DOC. #29]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The parties Joint Motion for Entry of Protective Order [Doc. #29] was referred to the Magistrate Judge on September 26, 2012 by Judge Martha S. Krieger, and after review,

**IT IS HEREBY ORDERED** that the parties Joint Motion for Entry of Protective Order [Doc. #29] is **GRANTED.**

**DATED: September 27, 2012.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**