**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Civil Action No. 12-CV-00238-MSK-DLW**

**DEBRA A. HART,**

**Plaintiff,**

**vs.**

**DILLON COMPANIES, INC.,**
**a Kansas Corporation, d/b/a CITY MARKET,**

**Defendant.**

---

**ORDER RE: PLAINTIFF'S MOTION TO RESTRICT PUBLIC ACCESS [DOC #46]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Plaintiff, Debra A. Hart's, Unopposed Motion to Restrict Public Access [Doc. #46] was referred to the Magistrate Judge on December 26, 2012, by Judge Martha S. Krieger.

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Restrict Public Access [Doc. #46] is **GRANTED**.

**DATED: December 26, 2012.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**