**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

_____

**CIVIL COURTROOM MINUTES**
_____

**Civil Action No.: 12-CV-00238-MSK**            **Date: January 9, 2013**
**Secretarial Assistant: Shirley W. Dills**          **Tape No.: FTR**

_____

**DEBRA A. HART,**                                    **Attorney: Reid Kelly**

**Plaintiff,**

**v.**

**DILLON COMPANIES, INC., a Kansas Corporation,
d/b/a CITY MARKET**                                **Attorney: David Barron**

**Defendant.**
_____

**HEARING: RE: Defendant's Motion for Contempt [Doc. #37] and Plaintiff's Motion for Determinations of Questions of Law Impacting Discovery [Doc. #41]**

**Court in Session: 2:56 p.m.**

Counsel for the Plaintiff advises that Plaintiff's Motion for Determinations of Questions of Law Impacting Discovery [Doc. #41] has been resolved between the parties.

Court requests that the agreement as to it's resolution be stated on the record by Mr. Kelly.

Mr. Kelly states the agreement on the record.

Mr. Barron confirms the agreement between the parties.

**ORDERED:**
- Plaintiff's Motion for Determinations of Questions of Law Impacting Discovery [Doc. #41] has been resolved between the parties and is no longer a matter to be decided by this Court.

As to the Defendant's Motion for Contempt [Doc. #37], the Court makes a statement as to how this matter arose up until the time the Defendant filed its Motion for Contempt and then hears the statements of counsel for the Defendant and the Plaintiff as to the unresolved matters relating to this motion.

Counsel advise the Court that they have reached an agreement for Michelle Garcia to be available in Pagosa Springs or Durango sometime in the near future for a deposition as a cost saving measure for the Defendant.

**ORDERED:**
- Court finds that Michelle Garcia's refusal to testify at the deposition for which she was subpoenaed based upon her 5th Amendment rights was misplaced, however, she had reasonable concerns about violating her prior Settlement Agreement with City Market and the impact any testimony she would give would have on that Settlement Agreement and the sanctions that could or might be imposed as a result of her testimony and was not acting unreasonably in light of the situation.
- Defendant's Motion for Contempt is GRANTED and Michelle Garcia is ordered to pay costs to the Defendant in the amount of $100.00.
- Defendant's request to strike Michelle Garcia as a witness is DENIED.

**Hearing Concluded**
**Court in Recess: 3:28 p.m.**
**Total Time: 32 Minutes**